1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH A. GARCIA,                    1:12-cv-01024-GBC (PC)

12                     Plaintiff,         ORDER DIRECTING CLERK'S OFFICE TO
                                          SEND PLAINTIFF REGULAR CIVIL IFP
13         vs.                            APPLICATION AND REQUIRING PLAINTIFF
                                          TO FILE REGULAR CIVIL IFP APPLICATION
14   JERRY BROWN, et al,                  OR PAY FILING FEE IN FULL WITHIN
                                          THIRTY DAYS
15                     Defendants.
     _____/
16

17         Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on

19   June 25, 2012. On June 25, 2012, plaintiff filed a notice of change of address.  In light of the fact that

20   plaintiff is no longer in custody, it is HEREBY ORDERED that:

21         1.     The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

22         2.     Within **thirty (30) days** from the date of service of this order, plaintiff shall either

23                file a completed regular civil in forma pauperis application or pay the $350.00 filing

24                fee in full.

25         **Failure to obey this order will result in dismissal of this action.**

26   IT IS SO ORDERED.

27
     Dated:    July 3, 2012
28                                        _____
                                          UNITED STATES MAGISTRATE JUDGE