UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. GARCIA, | 1:12-cv-01024-GBC (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| vs. | |
| JERRY BROWN, et al, | |
| Defendants. | |
| _____/ | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on June 25, 2012. On June 25, 2012, plaintiff filed a notice of change of address.  In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1.    The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

**Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    July 3, 2012

_____
UNITED STATES MAGISTRATE JUDGE