# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01024-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>[ECF No. 12]<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　　Plaintiff Joseph A. Garcia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c)(1), Plaintiff consented to the jurisdiction of the United States magistrate judge.  Local Rule 305(b).

　　　　On October 17, 2013, the Court dismissed Plaintiff's second amended complaint for failure to state a claim and ordered Plaintiff to file a third amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///

///

may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  <u>Silva v. Di Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: __**December 6, 2013**__

UNITED STATES MAGISTRATE JUDGE